RECEIVED
MAR 2 9 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:18-CR-069 |
| v. | INDICTMENT |
| JAVELL WILLIAMS, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

On or about December 6, 2017 and December 7, 2017, in the Southern District of Iowa, the Defendant, JAVELL WILLIAMS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then being an unlawful user of a controlled substance, did knowingly possess, in and affecting interstate commerce, firearms, including:

Velocity LLC, VMAC 9, 9mm, S/N PV11451,

Ruger, LC9, 9mm, S/N 321-71087, and

Smith & Wesson M&P 15-22 22lr rifle, S/N HCR2987.

This is a violation of Title 18, United States Code, Section 922(g)(1), 922(g)(3), and 924(a)(2).

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 1 of this Indictment, the Defendant, JAVELL WILLIAMS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), the firearms and ammunition involved in the commission of said offenses in Count 1 of this Indictment, namely the Velocity LLC, VMAC 9, 9mm, S/N PV11451, and the Ruger, LC9, 9mm, S/N 321-71087.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: *[signature]*
Jordan Osborne
Special Assistant United States Attorney