**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JAVELL WILLIAMS,<br><br>Defendant. | CASE NO. 4:18-CR-00069<br><br>DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENTS PURSUANT TO THE FOURTH AMENDMENT OF THE UNITED STATES CONSTITUTION |

**COMES NOW** the Defendant, Javell Williams, by and through his undersigned counsel, and for his Motion to Suppress Evidence and Statements Pursuant to the Fourth Amendment of the United States Constitution, respectfully submits the following:

1. An indictment was filed March 29, 2018, charging Mr. Williams with being a Prohibited Person in Possession of a Firearm in violation of Title 18, United States Code §§ 922(g)(1), 922(g)(3), and 924(a)(2). The Government has also filed a notice of forfeiture under Title 18, United States Code, Section 924(d).

2. Trial is presently scheduled for September 4, 2018, with the pretrial motions deadline set for August 14, 2018.

3. On December 7, 2017, law enforcement stopped a vehicle occupied by Mr. Williams and Kesia Wells.

4. The sole basis for the stop was to investigate whether Mr. Williams was committing the offense of being a Prohibited Person in Possession of a Firearm.

5. At the time of the stop, there was no basis for a law enforcement officer to reasonably suspect a criminal act had been committed or was in the process of being committed.

6.      Due to the lack of any reasonable suspicion, the seizure of Mr. Williams was unlawful and in violation of his rights under the Fourth Amendment of the United States Constitution.

7.      Because the stop was unconstitutional, all potential evidence and all statements law enforcement obtained as a result of the stop and questioning must be suppressed.

8.      Pursuant to Local Rule 7(d), a brief in support of this motion is filed contemporaneously.

**WHEREFORE,** the Defendant, Javell Williams, prays this Court set his Motion to Suppress Evidence and Statements Pursuant to the Fourth Amendment of the United States Constitution for hearing, and following such hearing, issue an Order granting said motion and excluding all potential evidence and all statements obtained as a result of the December 7, 2017, stop from trial.

>                             PARRISH KRUIDENIER DUNN BOLES GRIBBLE
>                             GENTRY BROWN & BERGMANN L.L.P.
>
>                             BY:      /s/ *Alfredo Parrish*
>                                  Alfredo Parrish                    AT0006051
>                                  2910 Grand Avenue
>                                  Des Moines, Iowa 50312
>                                  (515) 284-5737
>                                  (515) 284-1704 (Fax)
>                                  aparrish@parrishlaw.com
>                                  **ATTORNEY FOR DEFENDANT**

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties in the above cause to each of the attorneys of record at their respective address disclosed on the pleadings August 9, 2018.

| By: | | | | |
|---|---|---|---|---|
| | ☐ | U.S. Postal Service | ☐ | Facsimile Transmission |
| | ☐ | Hand Delivered | ☐ | Overnight Courier |
| | ☐ | Federal Express | ■ | Other: CM/ECF |

Signature: */s/ Lori Yardley* .

Jordan Osborne
Assistant United States Attorney
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
(515) 473-9300
(515) 473-9292 (Fax)
jordan.osborne@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Javell Williams
**DEFENDANT**